# PERKINSCOie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
PerkinsCoie.com

November 23, 2020

Robert T. Yusko
RYusko@perkinscoie.com
D. +1.212.261.6838

**VIA CM/ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

**Re:**  *Paguada v. Califia Farms, LLC*
Case No.: 1:20-cv-08662-JMF

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 7.

SO ORDERED.

*[signature]*

November 23, 2020

Dear Judge Furman:

Defendant Califia Farms, LLC submits this letter motion to request an extension of the time for Defendant to respond to the complaint in this action. The current deadline to respond is November 27, 2020. The parties are currently in settlement discussions and an extension of time will permit the parties to continue those discussions and potentially moot further action in this case.

In light of the current posture of the case, and given the upcoming holidays, Defendant respectfully requests an extension to respond to the complaint until January 8, 2021. Plaintiff consents to this request. This is the first request for an extension. There is no currently scheduled court appearances and no other scheduled dates will be affected should the Court grant this request. The rationale behind this extension is to preserve the Court's and parties' resources and allow time to potentially resolve this matter.

Respectfully Submitted,

*/s/ Robert T. Yusko*
Robert T. Yusko

cc: all parties via ECF

Perkins Coie LLP