UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JOSUÉ PAGUADA, :
:
:
Plaintiff, :
: 20-CV-8662 (JMF)
-v- :
: ORDER
:
CALIFIA FARMS, LLC, :
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's Order of October 20, 2020, ECF No. 5, the parties filed a joint status letter on December 16, 2020, in which they indicate that they do not believe there is a need for a conference in the near future, *see* ECF No. 9.  The parties **shall promptly** inform the Court if they come to believe that a referral to a Magistrate Judge or the Court-annexed Mediation Program would be beneficial.  In any event, **no later than three business days after Defendant files an answer or otherwise responds to the Complaint**, the parties shall file another joint letter providing the information described in the Court's October 20, 2020 Order.

     SO ORDERED.

Dated: December 17, 2020
      New York, New York
                                       JESSE M. FURMAN
                                      United States District Judge